**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Darrell Byther
                                      Plaintiff,

v.                                                                        Case No.: 1:23−cv−05807
                                                                       Honorable Charles P. Kocoras

Village of University Park, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 3, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: The telephonic status hearing scheduled on 7/11/2024 is stricken. Parties shall file a joint status report by 7/12/2024. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.