## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Darrell Byther

                Plaintiff,

v.

Village of University Park, et al.

                Defendant.

Case No.: 1:23−cv−05807
Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

    MINUTE entry before the Honorable Charles P. Kocoras: The Court reviewed the parties' joint status report [49]. The Court dismissed Joseph Roudez III as a defendant on 8/20/2024 [48]. However, Count V of Plaintiff's First Amended Complaint [38] includes a defamation claim against the individual defendants, including Roudez. The portion of the Court's 8/20/2024 minute order [48] dismissing Roudez as a defendant is therefore vacated, and the Clerk is ordered to reinstate Roudez as a defendant. Defendants intend to file a motion to dismiss Count V of Plaintiff's First Amended Complaint. The motion to dismiss is due on 9/10/2024. Plaintiff's response is due by 9/25/2024; Defendants' reply is due by 10/1/2024. The Court adopts the parties' proposed deadline of 9/13/2024 for the exchange of Rule 26(a)(1) disclosures and issuance of written discovery as to the FMLA counts. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.