IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS- EASTERN DIVISION

| | |
|---|---|
| DARRELL BYTHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ERNESTINE B. BECK-FULGHAM, both individually and in her official capacities as Village Manager and UNIVERSITY PARK,<br><br>　　　　Defendants. | Case No. 23-cv-05807<br><br>The Honorable Judge Charles P. Kocoras |

## JOINT STATUS REPORT

NOW COME Plaintiff, by and through his attorney, Gianna Basile of GB LAW, and Defendants, by and through their attorneys, Odelson, Murphey, Frazier & McGrath, LTD., and submit the following joint status report pursuant to this Court's February 11, 2025 order [Doc. 062]:

1. The parties exchanged written discovery. Plaintiff submitted supplemental responses to Defendants' interrogatories this afternoon. The parties are in the process of coordinating a deposition schedule. The Parties are still waiting for subpoenaed medical records from Plaintiff's physician.

2. Plaintiff made an updated demand on February 3, 2025. Defendants would like to see Plaintiff's medical records and any amended responses prior to issuing a response.

Respectfully Submitted,

| **PLAINTIFF** | **DEFENDANTS** |
|---|---|
| By: */s/ Gianna Scatchell Basile* | By: */s/ Lauren M. DaValle* |
| GB Law<br>1821 W. Hubbard #209 | Lauren M. DaValle<br>Odelson, Murphey, Frazier & McGrath, LTD. |

Chicago, IL 60622  
(312) 248-3303  
gb@lawfirm.gs

3318 W. 95th St.  
Evergreen Park, IL 60805  
(708) 424-5678  
LDavalle@omfmlaw.com