**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Darrell Byther

                  Plaintiff,

v.                                                 Case No.: 1:23−cv−05807

                                                         Honorable Charles P. Kocoras

Village of University Park, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 23, 2025:

    MINUTE entry before the Honorable Charles P. Kocoras: Defendants motion for leave to file Defendants Unopposed Motion for Leave to File Exhibits In Support of Their Motion for Summary Judgment Under Seal [77] is granted. Presentment hearing scheduled on 10/28/2025 is stricken. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.